# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ray, Christopher L. | U.S. District Court, Southern District of Georgia | 10/28/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S Magistrate Judge - Full Time | ☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>01/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
125 Bull Street
Savannah, Georgia 31401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Oliver Maner LLP |
| 2. | Partner | Telfair Square Properties, LLP |
| 3. | Partner | Jefferson Street Properties, LLP |
| 4. | Officer | Coastal Georgia Council, Boy Scouts of America |
| 5. | Power of Attorney | POA #1 |
| 6. | Power of Attorney | POA #2 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | Oliver Maner LLP - Profit sharing and retirement plan (no control) |
| 2. | 2019 | Oliver Maner LLP - Distribution of Capital Account |
| 3. | 2019 | Oliver Maner LLP - Buyout of interest in hard assets |
| 4. | 2019 | Oliver Maner LLP - Payment of outstanding fees |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Christopher L.. | 10/28/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Self-employed (attorney) | $5,519.56 |
| 2. 2018 | Self-employed (attorney) | $343,551.00 |
| 3. 2017 | Self-employed (attorney) | $280,256.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-Employed Event Planner |
| 2. 2018 | Self-Employed Event Planner |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Christopher L.. | 10/28/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Christopher L.. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America (cash) | A | Interest | N | T | Exempt | | | | |
| 2. Telfair Square Properties, LLP (Chatham County, Georgia) | C | Rent | | | | | | | |
| 3. Jefferson Street Properies, LLP (Chatham County, Georgia) | C | Rent | | | | | | | |
| 4. Oliver Maner, LLP Profit Sharing and Retirement Plan (no control) | | None | O | T | | | | | |
| 5. Oliver Maner LLP Capital Account (cash equivalent) | | None | K | T | | | | | |
| 6. Oliver Maner LLP (hard assets) | | None | J | T | | | | | |
| 7. USAA Cornerstone Moderate Fund | A | Dividend | | | | | | | |
| 8. USAA Target Retirement 2030 | A | Dividend | | | | | | | |
| 9. USAA S&P 500 Index Fund Member Shares | A | Dividend | | | | | | | |
| 10. USAA Agressive Growth Fund | A | Dividend | | | | | | | |
| 11. TIAA Single Life Variable Income Annuity (H) | | | | | | | | | |
| 12. CREF Stock | A | Dividend | J | T | | | | | |
| 13. CREF Social Choice | A | Dividend | J | T | | | | | |
| 14. CREF Bond | A | Dividend | J | T | | | | | |
| 15. TIAA Single Life Variable Income Annuity (H) | | | | | | | | | |
| 16. TIAA Traditional Standard | A | Dividend | J | T | | | | | |
| 17. IRA # 1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Christopher L.. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Goldman Sachs ACTVBETA US LRG ETF (GSLC) | A | Dividend | J | T | | | | | |
| 19. IShares Edge MSCI MIN VOL GLBL ETF (ACWV) | A | Dividend | J | T | | | | | |
| 20. Schwab US Large Cap ETF (SCHX) | A | Dividend | J | T | | | | | |
| 21. SPDR MID CAP ETF (SPMD) | A | Dividend | | | | | | | |
| 22. SPDR MSCI ACWI EX-US ETF (CWI) | A | Dividend | J | T | | | | | |
| 23. Vanguard Short Term COR BD ETF (VCSH) | A | Dividend | | | | | | | |
| 24. Vanguard Total World Stock ETF (VT) | A | Dividend | J | T | | | | | |
| 25. Angel Oak Multi Strategy INCM FD A (ANGLX) | A | Dividend | J | T | | | | | |
| 26. Doubleline Total Return BD FD CL N (DLTNX) | A | Dividend | J | T | | | | | |
| 27. Eaton Vance Global Macro ABS RET A (EAGMX) | A | Dividend | | | | | | | |
| 28. JPMorgan Short Duration Bond A (OGLVX) | A | Dividend | | | | | | | |
| 29. Palmer Square Incm Plus Fd I (PSYPX) | A | Dividend | | | | | | | |
| 30. Nuveen Preferred SEC & INCM FD I (NPSRX) | A | Dividend | J | T | | | | | |
| 31. AQR LG CAP Defensive Style N (AUENX) | A | Dividend | J | T | | | | | |
| 32. AQR LG CAP Momentum Style N (AMONX) | A | Dividend | J | T | | | | | |
| 33. Baron EMRG MKTS FD Retail (BEXFX) | A | Dividend | J | T | | | | | |
| 34. DFA US Small CAP Value Port Instl (DFSVX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Christopher L.. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Invesco Balanced Risk ALLOC FD CL A (ABRZX) | A | Dividend | J | T | | | | | |
| 36. Invesco Optimum Yield Div Comm (PDBC) | A | Dividend | | | | | | | |
| 37. VAN ECK CM Commodity Index FD A (CMCAX) | A | Dividend | J | T | | | | | |
| 38. IRA # 2 (H) | | | | | | | | | |
| 39. Goldman Sachs ACTVBETA US LRG ETF (GSLC) | A | Dividend | J | T | | | | | |
| 40. IShares Edge MSCI MIN VOL GLBL ETF (ACWV) | A | Dividend | J | T | | | | | |
| 41. Schwab US Large Cap ETF (SCHX) | A | Dividend | J | T | | | | | |
| 42. SPDR MID CAP ETF (SPMD) | A | Dividend | | | | | | | |
| 43. SPDR MSCI ACWI EX-US ETF (CWI) | A | Dividend | J | T | | | | | |
| 44. Vanguard Short Term COR BD ETF (VCSH) | A | Dividend | | | | | | | |
| 45. Vanguard Total World Stock ETF (VT) | A | Dividend | J | T | | | | | |
| 46. Angel Oak Multi Strategy INCM FD A (ANGLX) | A | Dividend | J | T | | | | | |
| 47. Doubleline Total Return BD FD CL N (DLTNX) | A | Dividend | J | T | | | | | |
| 48. Eaton Vance Global Macro ABS RET A (EAGMX) | A | Dividend | | | | | | | |
| 49. JPMorgan Short Duration Bond A (OGLVX) | A | Dividend | | | | | | | |
| 50. Palmer Square Incm Plus Fd I (PSYPX) | A | Dividend | | | | | | | |
| 51. Nuveen Preferred SEC & INCM FD I (NPSRX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Christopher L. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. AQR LG CAP Defensive Style N (AUENX) | A | Dividend | J | T | | | | | |
| 53. AQR LG CAP Momentum Style N (AMONX) | A | Dividend | J | T | | | | | |
| 54. Baron EMRG MKTS FD Retail (BEXFX) | A | Dividend | J | T | | | | | |
| 55. DFA US Small CAP Value Port Instl (DFSVX) | A | Dividend | J | T | | | | | |
| 56. Invesco Balanced Risk ALLOC FD CL A (ABRZX) | A | Dividend | J | T | | | | | |
| 57. Invesco Optimum Yield Div Comm (PDBC) | A | Dividend | | | | | | | |
| 58. VAN ECK CM Commodity Index FD A (CMCAX) | A | Dividend | J | T | | | | | |
| 59. IRA #3 (H) | | | | | | | | | |
| 60. Goldman Sachs ACTVBETA US LRG ETF (GSLC) | A | Dividend | J | T | | | | | |
| 61. IShares Edge MSCI MIN VOL GLBL ETF (ACWV) | A | Dividend | J | T | | | | | |
| 62. Schwab US Large Cap ETF (SCHX) | A | Dividend | J | T | | | | | |
| 63. SPDR MID CAP ETF (SPMD) | A | Dividend | | | | | | | |
| 64. SPDR MSCI ACWI EX-US ETF (CWI) | A | Dividend | J | T | | | | | |
| 65. Vanguard Short Term COR BD ETF (VCSH) | A | Dividend | | | | | | | |
| 66. Vanguard Total World Stock ETF (VT) | A | Dividend | J | T | | | | | |
| 67. Angel Oak Multi Strategy INCM FD A (ANGLX) | A | Dividend | J | T | | | | | |
| 68. Doubleline Total Return BD FD CL N (DLTNX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Christopher L.. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Eaton Vance Global Macro ABS RET A (EAGMX) | A | Dividend | | | | | | | |
| 70. JPMorgan Short Duration Bond A (OGLVX) | A | Dividend | | | | | | | |
| 71. Palmer Square Incm Plus Fd I (PSYPX) | A | Dividend | | | | | | | |
| 72. Nuveen Preferred SEC & INCM FD I (NPSRX) | A | Dividend | J | T | | | | | |
| 73. AQR LG CAP Defensive Style N (AUENX) | A | Dividend | J | T | | | | | |
| 74. AQR LG CAP Momentum Style N (AMONX) | A | Dividend | J | T | | | | | |
| 75. Baron EMRG MKTS FD Retail (BEXFX) | A | Dividend | J | T | | | | | |
| 76. DFA US Small CAP Value Port Instl (DFSVX) | A | Dividend | J | T | | | | | |
| 77. Invesco Balanced Risk ALLOC FD CL A (ABRZX) | A | Dividend | J | T | | | | | |
| 78. Invesco Optimum Yield Div Comm (PDBC) | A | Dividend | | | | | | | |
| 79. VAN ECK CM Commodity Index FD A (CMCAX) | A | Dividend | J | T | | | | | |
| 80. IRA #4 (H) | | | | | | | | | |
| 81. Schwab Bank (cash) | A | Interest | K | T | | | | | |
| 82. Invesco Bulletshares 2021 Corporate Bond ETF (BSCL) | A | Dividend | K | T | | | | | |
| 83. IShares Core S&P MID CAP ETF (IJH) | D | Dividend | L | T | | | | | |
| 84. IShares Edge MSCI MIN VOL GLBL ETF (ACWV) | C | Dividend | L | T | | | | | |
| 85. IShares MSCI EAFE ETF (EFA) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Christopher L. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. JPMorgan DVRSFD RTRN INTERNL EQT ETF (JPIN) | C | Distribution | K | T | | | | | |
| 87. WSDMTRE CBOE S P 500 PUTWRT STRG ETF (PUTW) | A | Dividend | M | T | | | | | |
| 88. Angel Oak MULTI Strategy INCM FD INSTL (ANGIX) | A | Dividend | M | T | | | | | |
| 89. Blackrock Total Return CL INST (MAHQX) | B | Dividend | N | T | | | | | |
| 90. Doubleline TOTAL Return BD FD CL I (DBLTX) | A | Dividend | M | T | | | | | |
| 91. Eaton Vance Global Macro ABS RET I (EIGMX) | B | Dividend | L | T | | | | | |
| 92. Guggenheim Macro OPPTY INST (GIOIX) | A | Dividend | L | T | | | | | |
| 93. Nuveen Preferred SEC & INCM FD I (NPSRX) | A | Dividend | L | T | | | | | |
| 94. Pioneer Bond Fund CL Y (PICYX) | B | Dividend | M | T | | | | | |
| 95. AQR LG CAP Devensive Style I (AUEIX) | D | Dividend | K | T | | | | | |
| 96. Baron EMRG MKTS FD INST (BEXIX) | D | Dividend | K | T | | | | | |
| 97. DFA US Small CAP VALUE PORT INSTL (DFSVX) | D | Dividend | K | T | | | | | |
| 98. Invesco Balanced Risk ALLOC FD CL Y (ABRYX) | C | Dividend | K | T | | | | | |
| 99. Van Eck CM Commodity Index FD I (COMIX) | C | Dividend | L | T | | | | | |
| 100. Palmer Square Incm Plus Fd I (PSYPX) | A | Dividend | | | | | | | |
| 101. Brokerage Account #1 (H) | | | | | | | | | |
| 102. Goldman Sachs ACTVBETA US LRG ETF (GSLC) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Christopher L.. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IShares EDGE MSCI MIN VOL GLBL ETF (ACWV) | B | Dividend | K | T | | | | | |
| 104. Schwab US Large CAP ETF (SCHX) | A | Dividend | J | T | | | | | |
| 105. SPDR MID CAP ETF (SPMD) | A | Dividend | J | T | | | | | |
| 106. SPDR MSCI ACWI EX-US ETF (CWI) | A | Dividend | J | T | | | | | |
| 107. SPDR Nuveen Bloomberg Barclays Short Term Municipal Bond ETF (SHM) | A | Dividend | J | T | | | | | |
| 108. Vanguard Short Term COR BD ETF (VCSH) | A | Dividend | J | T | | | | | |
| 109. Vanguard Total World Stock ETF (VT) | A | Dividend | K | T | | | | | |
| 110. Angel Oak MULTI Strategy INCM FD A (ANGLX) | A | Dividend | J | T | | | | | |
| 111. Eaton Vance Global Macro ABS RET A (EAGMX) | A | Dividend | J | T | | | | | |
| 112. Lord Abbott INTERM Tax Free A (LISAX) | A | Dividend | K | T | | | | | |
| 113. Nuveen Preferred SEC & INCM FD 1 (NPSRX) | A | Dividend | J | T | | | | | |
| 114. AQR LG Defensive Style N (AUENX) | A | Dividend | K | T | | | | | |
| 115. AQR LG CAP Momentum Style N (AMONX) | A | Dividend | J | T | | | | | |
| 116. Baron EMRG MKTS FD Retail (BEXFX) | A | Dividend | J | T | | | | | |
| 117. DFA US Small CAP Value PORT INSTL (DFSVX) | A | Dividend | J | T | | | | | |
| 118. Invesco Balanced Risk ALLOC FD CL A (ABRZX) | A | Dividend | J | T | | | | | |
| 119. Van Eck CM Commodity Index FD A (CMCAX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Christopher L.. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  PALMER SQUARE INCM PLUS FD I (PSYPX) | A | Dividend | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Christopher L. | 10/28/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, lines 1-4 and 6: Positions ended during this reporting period.

Part VII, line 4: Tax deferred plan owned and maintained by the filer's former employer. The filer has no right to control this account and does not have individual ownership of assets within the plan; participation in the plan equates a unit value investment, as income is not individually allocated, per pages 39 and 42 of the filing instructions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher L. Ray**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544